UNITED STATES v. KNAUTH, NACHOD & KUHNE.

(Circuit Court, S. D. New York. December 12, 1906.)

No. 4,263.

CUSTOMS DUTIES—CLASSIFICATION—PYROXYLIN SMOKERS' ARTICLES—SPECIFIC
ENUMERATION.
 Paragraph 459, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat.
 194 [U. S. Comp. St. 1901, p. 1678], covering "all smokers' articles what-
 soever, not specially provided for," enumerates pyroxylin smokers' ar-
 ticles more specifically than does paragraph 17, Schedule A, 30 Stat. 154
 [U. S. Comp. St. 1901, p. 1628], covering "all compounds of pyroxylin
 * * * if in finished or partly finished articles."

On Application for Review of a Decision of the Board of United
States General Appraisers.

In the decision below the Board of General Appraisers, on the au-
thority of Thomas v. Schwarz, 140 Fed. 989, 71 C. C. A. 401, sus-
tained the importers' protests against the assessment of duty by the
collector of customs at the port of New York, holding that the mer-
chandise in dispute, which consisted of pyroxylin smokers' articles,
was more specifically enumerated as "all smokers' articles whatsoever,
not specially provided for, under Tariff Act, July 24, 1897, c. 11, § 1,
Schedule N, par. 459, 30 Stat. 194 [U. S. Comp. St. 1901, p. 1678],
than under the provision in Schedule A, par. 17, 30 Stat. 154 [U. S.
Comp. St. 1901, p. 1628], for "all compounds of pyroxylin, * * *
if in finished or partly finished articles."

J. Osgood Nichols, Asst. U. S. Atty.
Comstock & Washburn (Albert H. Washburn, of counsel), for
importers.

HAZEL, District Judge. Decision affirmed.